# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145201

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSE LAWERENCE HOLT, a/k/a JESSE
LAWRENCE HOLT,
      Defendant-Appellant.

SC: 145201
COA: 302017
Wayne CC: 10-007922-FH

_____/

On order of the Court, the application for leave to appeal the April 10, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Florida v Jardines*, cert gtd 132 S Ct 995; 181 L Ed 2d 726; 2012 US LEXIS 7; 80 USLW 3392 (USSC Docket No. 11-564), and *Florida v Harris*, cert gtd 132 S Ct 1796; 182 L Ed 2d 615; 2012 US LEXIS 2335; 80 USLW 3545 (2012) (USSC Docket No. 11-817), are pending on appeal before the United States Supreme Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

t0827